OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 11, 2020

Court of Chancery
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

      Re:    D. Del. Case No. 1:20-cv-00813-LPS
               *In re Altaba, Inc.*

Dear Clerk:

      Pursuant to Court order dated August 10, 2020, all claims raised in Altaba, Inc.'s Verified Petition for Determinations Pursuant to 8 *Del. C.* § 280, ***other than*** the request for a determination of the amount and form of security that will be reasonably likely to be sufficient to provide security for claims asserted by the Internal Revenue Service, and Verizon Communication Inc. and Oath Holding, Inc.'s (together, "Verizon") contested tax-related claims, are remanded to the Delaware Court of Chancery. Enclosed please find the following items:

    (X)    Certified copy of the USDC docket sheet
    (X)    Certified copy of the Order of Remand

      Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

      Please acknowledge receipt of the above items on the attached copy of this letter.

                                Sincerely,
                                John A. Cerino, Clerk of Court

                              By:_____
                                   Deputy Clerk

Encs.