IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALTABA, INC., | ) | Case No. 1:20-cv-00813-LPS |
| | ) | |
| Petitioner. | ) | |
| | ) | |

**ORDER**

Upon consideration of Altaba, Inc.'s and the United States of America's Joint Motion to Continue Hearing, and for good cause shown,

IT IS HEREBY ORDERED this ____ day of August, 2020, that the Joint Motion is GRANTED and the hearing previously scheduled for Thursday, August 13, 2020, shall be CONTINUED until August ___, 2020, beginning at _____. Counsel and any interested member of the public shall use the following call-in information: _____ and access code _____.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE