IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALTABA, INC. | ) ) ) | Case No. 1-20-cv-00813-LPS (Formerly C.A. No.: 2020-0413-JTL in the Delaware Court of Chancery) |

### VERIZON COMMUNICATIONS INC.'S AND OATH HOLDINGS INC.'S RESPONSE TO UNITED STATES OF AMERICA'S AND ALTABA, INC.'S JOINT MOTION TO CONTINUE HEARING

Claimants Verizon Communications Inc. and Oath Holdings Inc. (together, "Verizon") hereby respond to United States of America's ("United States") and Altaba, Inc.'s ("Altaba") Joint Motion to Continue Hearing (D.I. 32, "Joint Motion") as follows:

Although the United States and Altaba did not confer with Verizon before filing the Joint Motion, Verizon does not oppose a continuance of seven to ten days of the hearing presently scheduled for August 13, 2020 at 10:30 a.m. (D.I. 28). Verizon does not admit, concede or agree with any fact, argument or position taken by Altaba or the United States in the Joint Motion.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William Savitt
Adam M. Gogolak
WACHTELL, LIPTON, ROSEN
 & KATZ
51 W. 52nd Street
New York, NY 10019
(212) 403-1000

By: /s/ Michael A. Pittenger
 Michael A. Pittenger (#3212)
 Berton W. Ashman, Jr. (#4681)
 David A. Seal (#5992)
 Hercules Plaza, 6th Floor
 1313 North Market Street
 Wilmington, DE 19801
 (302) 984-6000
 mpittenger@potteranderson.com
 bashman@potteranderson.com
 dseal@potteranderson.com

Dated: August 12, 2020
6838907

*Attorneys for Claimants Verizon Communications Inc. and Oath Holdings Inc.*